ALEXANDER B. CVITAN (SBN 81746), and
(Email: alc@rac-law.com)
MARSHA M. HAMASAKI (SBN 102720), Members of
(Email: marshah@rac-law.com)
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone:  (213) 386-3860; Facsimile:  (213) 386-5583

Attorneys for Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION; DAVID WILLIAM ARRIGHI, an individual; STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation,<br><br>  Defendants. | CASE NO. 8:17–cv–00770–JLS (DFMx)<br><br>**REQUEST TO CLERK FOR ENTRY OF DEFAULT OF DEFENDANT, STATE NATIONAL INSURANCE COMPANY, INC.**<br><br>[Fed.R.Civ.P. 55(a)] |

To the Clerk of the United States District Court for the Central District of California.

Please enter the Default of the Defendant, STATE NATIONAL INSURANCE

-1-

319543.1

COMPANY, INC., a Texas corporation pursuant to Fed.R.Civ.P. 55(a) for its failure to plead or otherwise defend as appears from the attached declaration.

## DECLARATION OF ATTORNEY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT

I, MARSHA M. HAMASAKI, declare as follows:

1. I am a member of Reich, Adell & Cvitan, A Professional Law Corporation, attorneys of record for Plaintiff. I am an attorney duly licensed to practice law in the State of California and admitted to practice before the United States District Court for the Central District of California.

2. The facts stated herein are within my personal knowledge and if called upon to testify I can truthfully and competently do so as to all matters herein contained.

3. This declaration is submitted in support of Plaintiff's request for entry of default against Defendant, STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation (hereinafter referred to as "STATE NATIONAL"), by the Clerk pursuant to Fed.R.Civ.P. 55(a).

## STATE NATIONAL SERVED WITH SUMMONS AND COMPLAINT; NO RESPONSE MADE BY STATE NATIONAL.

4. On May 15, 2017, Defendant, STATE NATIONAL was personally served with the Summons on First Amended Complaint and First Amended Complaint ("Summons & Complaint") on May 15, 2017 by serving its registered agent for service of process with mailing completed on May 22, 2017. Copies of the Proof of Service of the Summons & Complaint and Proof of Service by Mail on STATE NATIONAL were filed with the Court] on June 1, 2017 [docket no.21] and are attached hereto as Exhibit "1".

5. As of the date of this declaration, STATE NATIONAL has not filed a

319543.1

1  response to the First Amended Complaint, and has not sought the Court's permission
2  to be given a further extension of time to respond or defend this action.
3        6.    Wherefore, Plaintiff respectfully requests that the Clerk of the Court
4  enter default against STATE NATIONAL.
5      Executed this 9th day of June 2017  at Los Angeles, California
6      I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct.



                                /s/ Marsha M. Hamasaki
                                MARSHA M. HAMASAKI

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

319543.1

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party of the within action. My business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010.

On **June 12, 2017** I served the foregoing document described as: **REQUEST TO CLERK FOR ENTRY OF DEFAULT OF DEFENDANT, STATE NATIONAL INSURANCE COMPANY,** the parties or attorneys for parties in this action who are identified below using the following means of service (if more than one means of service is checked:

**STATE NATIONAL INSURANCE COMPANY**
**Attn: Gladys Aguilera (National Registered Agents, Inc.)**
**Agent for Service of Process**
**818 W. Seventh Street, Suite 930**
**Los Angeles, CA 90017**

☐ BY FACSIMILE TRANSMISSION. I caused   the original or   a true and correct copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

[X] BY MAIL. I placed   the original or  x  a true and correct copy of the foregoing document in sealed envelope(s) individually addressed to each of the parties and caused each such envelope to be deposited in the mail. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, mail is deposited with the U.S. Postal Service on the same day that it is collected in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 12, 2017**, at Los Angeles, California.

[X] (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

/s/ Virginia Alvarez
Virginia Alvarez

319543.1