# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION; DAVID WILLIAM ARRIGHI, an individual; STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation,<br><br>Defendants. | CASE NO.: 8:17-cv-00770 JLS (DFMx)<br><br>DEFAULT SEVERAL JUDGMENT AGAINST DEFENDANT, BLACK DIAMOND CONTRACTING GROUP, INC., AND ORDER FOR PERMANENT INJUNCTIVE RELIEF<br><br>DATE: OCTOBER 27, 2017<br>TIME: 2:30 P.M.<br>PLACE: COURTROOM 10A<br>        Ronald Reagan Fed. Bldg.<br>        411 W. Fourth Street<br>        Santa Ana, CA 92701 |

The Defendant BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION ("EMPLOYER") having been regularly served with process and having failed to appear and answer the Plaintiff's First Amended Complaint, the Default of EMPLOYER has been entered.

1

#324297.1

EMPLOYER is not an infant or incompetent person, and the Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to the EMPLOYER.

The issues of the amount of damages and whether or not there is sufficient evidence to support the issuance of an Order for Permanent Injunctive Relief for the submission of monthly contribution reports to the TRUST FUNDS were submitted to the Court by motion supported by Declarations.

Based upon the Motion for Default Judgment and for an Order for Permanent Injunctive Relief, the Declarations submitted and all other records and documents on file;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

A. Judgment is entered in favor of Plaintiff, **CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC**, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, And Southern California Partnership For Jobs Industry Advancement Fund (hereinafter collectively "TRUST FUNDS"), **and against Defendant,** BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION for the Principal sum of $57,654.15; Interest in the sum of $1,217.76; and Attorney's fees of $3,704.53.

The money judgment entered in this action against DEFENDANT is for known delinquencies incurred during the period from January 1, 2016 through August 31,

#324297.1

2017, Plaintiff, however, has completed an audit of DEFENDANT'S records through March 31, 2017 only; therefore, entry of the money judgment in this action shall not be or operate as a bar and/or res judicata as to either the amount of delinquencies which may be discovered by any audit conducted by Plaintiff and/or by the TRUST FUNDS' representatives and/or which may be disclosed through claims by employees, and in any action brought to recover the subsequently disclosed delinquencies after March 31, 2017. The judgment is as to Counts One and Two of the COMPLAINT. The remaining claims against DEFENDANT Black Diamond are DISMISSED.

The Court finds that there is no just reason for delay in the entry of a final several judgment against DEFENDANT BLACK DIAMOND pending the final determination as to the claims against ARRIGHI. Still pending are Counts Two and Three as to Defendant ARRIGHI only.

B. IT IS FURTHER ADJUDGED AND DECREED, that a Permanent Injunction is issued against, DEFENDANT and its managing employees, managing officers, successors, agents, assigns and all others acting in active concert or participation with them who have actual notice of this Injunction for the duration of DEFENDANT'S obligations under the collective bargaining agreements with the Southern California District Council of Laborers and Its affiliated Local Unions ("AGREEMENTS") and they are required to:

MONTHLY CONTRIBUTION REPORTS: Deliver the following, or cause to be delivered, to the TRUST FUNDS' offices no later than 4:30 p.m., on the 20th day of each month for the duration of DEFENDANT'S obligations under the AGREEMENTS:

    1. A complete, truthful and accurate "Employers Monthly Report to Trustees" covering all employees which DEFENDANT employed who were covered by the AGREEMENTS commencing with DEFENDANT'S August 2017 contribution report;

-3-

#324297.1

2. An affidavit or declaration from DEFENDANT , and/or its responsible managing officer, and/or other authorized representative attesting from his/her own personal knowledge under pain of perjury to the completeness, truthfulness and accuracy of the Employers Monthly Report to the Trustees; and

3. A cashier's check made payable to the Construction Laborers Trust Funds for Southern California, for the full amount of the fringe benefit contributions due on Employers Monthly Reports for each account for which a report is to be submitted.

DATED: December 18, 2017

Hon. Josephine L. Staton
United States District Judge

-4-

#324297.1