JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION; DAVID WILLIAM ARRIGHI, an individual; STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation,<br><br>Defendants. | CASE NO. 8:17-cv-00770 JLS (DFMx)<br><br>JUDGMENT |

-1-

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT BY and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, and Southern California Partnership For Jobs Trust Fund (hereinafter collectively referred to as "TRUST FUNDS"), through their attorneys, Reich, Adell & Cvitan, A Professional Law Corporation, by Marsha M. Hamasaki, and Pro Se Defendant, DAVID WILLIAM ARRIGHI, and good cause appearing therefor:

Judgment is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, and Southern California Partnership for Jobs Trust Fund; (hereinafter collectively "TRUST FUNDS"), and against Defendant, DAVID WILLIAM ARRIGHI, an individual ("ARRIGHI"), individually, jointly and severally with BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND

DEMOLITION ("BLACK DIAMOND") on the Judgment entered against BLACK DIAMOND on December 18, 2017 [docket no. 55] for the principal sum of $57,654.15, interest in the sum of $1,217.76, attorney's fees of $3,704.53 and costs in the sum of $548.53 for a total of $63,125.34 covering the period from January 2016 through August 2017 ("JUDGMENT").

The money JUDGMENT entered is for known delinquencies incurred for the period from January 2016 through August 2017; however, the TRUST FUNDS, and ARRIGHI have stipulated that since the partial audit of BLACK DIAMOND'S records covered the period through March 2017 only, and not the entire period of this JUDGMENT if any additional amounts are discovered to be owed by BLACK DIAMOND and/or ARRIGHI during this time period, the money judgment in this action shall not operate as a bar and/or have res judicata effect or any other limitation of any legal right of the Plaintiff or TRUST FUNDS to determine and seek collection of any amount due, or that comes due by BLACK DIAMOND and/or ARRIGHI to any one or more of the TRUST FUNDS during the period after March 2017.

DATED: January 24, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE