UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION; DAVID WILLIAM ARRIGHI, an individual; STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation,<br><br>　　　　　Defendants. | CASE NO. 8:17–cv–00770–JLS (DFMx)<br><br>**ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>DATE:<br>TIME:<br>PLACE: COURTROOM 10A<br>　　　　Ronald Reagan Federal Bldg<br>　　　　And United States Courthouse<br>　　　　411 W. Fourth Street<br>　　　　Santa Ana, California 92701<br><br>[Hon. Josephine L. Staton] |

-1-

Upon review of the application of the Plaintiff ("TRUST FUNDS") seeking an order requiring Defendant, BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION ("EMPLOYER") and its President, DAVID ARRIGHI ("ARRIGHI"), to show cause why they should not be adjudged in civil contempt for failing and refusing to obey this Court's Order for Permanent Injunctive Relief entered December 18, 2017 (Doc. 54) which requires them to submit timely paid accurate monthly contribution reports to the TRUST FUNDS:

IT IS HEREBY ORDERED that:

1. EMPLOYER and ARRIGHI are ordered to appear before the above-entitled Court on October 19th 2018, at 2:30 p.m. in Courtroom 10A of the United States District Courthouse, located at 411 West Fourth Street, Santa Ana, California and show cause, if any, why an order should not be entered adjudging them guilty of failing and refusing to obey this Court's Order for Permanent Injunctive Relief.

2. Service of a copy of this Order and of the application upon which this Order is based shall be made by mail to EMPLOYER and ARRIGHI within five (5) days of the issuance of this Order.

If EMPLOYER and ARRIGHI choose to file papers in opposition to the TRUST FUNDS' Order to Show Cause Re Contempt, they must do so no later than fourteen (14) days before the hearing.

3. If TRUST FUNDS choose to file a reply brief, it shall be no later than seven (7) days before the hearing.

DATED: September 10, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE