UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION; DAVID WILLIAM ARRIGHI, an individual; STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation,<br><br>Defendants. | CASE NO.: 8:17-cv-00770 JLS (DFMx)<br><br>AMENDED JUDGMENT AGAINST DEFENDANTS, BLACK DIAMOND CONTRACTING GROUP, INC., AND DAVID WILLIAM ARRIGHI and ORDER FOR PERMANENT INJUNCTIVE RELIEF |

  Pursuant To The Stipulation Re Damages Re: Order To Show Cause Re Contempt and Supplemental Stipulation Re Additional Amounts Owed by Defendants in Support of Amended Judgment (collectively "Stipulation") by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, and Defendants, BLACK

DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION and DAVID WILLIAM ARRIGHI, an individual, (collectively "Defendants") which provides for entry of Judgment against Defendants, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

**A**. The prior judgments in this action (Docs. 55, 64) are VACATED and this **Amended Judgment** is hereby entered in favor of Plaintiff, **CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,** and against Defendants, **BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION ("BLACK DIAMOND")** and **DAVID WILLIAM ARRIGHI, an individual,("ARRIGHI")** individually, jointly and severally for the sum of $192,148.52.

**B**. **IT IS FURTHER ADJUDGED AND DECREED, that a Permanent Injunction** is issued against, BLACK DIAMOND and its managing employees, managing officers, successors, agents, assigns and all others acting in active concert or participation with them who have actual notice of this Injunction for the duration of BLACK DIAMOND'S obligations under the collective bargaining agreements with the Southern California District Council of Laborers and Its affiliated Local Unions ("AGREEMENTS") and they are required to:

Deliver the following, or cause to be delivered, to the TRUST FUNDS' offices no later than 4:30 p.m., on the 20th day of each month for the duration of BLACK DIAMOND'S obligations under the AGREEMENTS:

1. A complete, truthful and accurate "Employers Monthly Report to Trustees" covering all employees which BLACK DIAMOND employed who were covered by the AGREEMENTS commencing with BLACK DIAMOND'S January 2019 contribution report;

2. An affidavit or declaration from BLACK DIAMOND, and/or its responsible managing officer, and/or other authorized representative attesting from his/her's own personal knowledge under pain of perjury to the completeness, truthfulness and accuracy of the Employers Monthly Report to the Trustees; and

3. A cashier's check made payable to the Construction Laborers Trust Funds for Southern California, for the full amount of the fringe benefit contributions due on Employers Monthly Reports for each account for which a report is to be submitted.

DATED: February 04, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

3

352981.2