```
                    F I L E D
            CLERK, U.S. DISTRICT COURT

                  04/10/2025

          CENTRAL DISTRICT OF CALIFORNIA
          BY: _____JL_____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>     vs.<br><br>BLACK DIAMOND CONTRACTING GROUP, Inc.; et al,<br><br>            Defendants. | CASE NO.: 8:17-cv-00770 JLS-DFM<br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT BY CLERK<br><br>[NO HEARING SCHEDULED] |

On February 4, 2019 [docket no. 100] Amended Judgment was entered (hereinafter referred to as "JUDGMENT CREDITOR"), in favor of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, and Southern California Partnership For Jobs Trust Fund and against Judgment Debtors, DAVID WILLIAM

1

ARRIGHI, an individual ("ARRIGHI"), individually, jointly and severally with BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation also known as and doing business as BLACK DIAMOND and/or BLACK DIAMOND DEMOLITION ("BLACK DIAMOND") (hereinafter referred to as "DEBTORS") in the amount of $192,148.52.

Abstracts of Judgment were recorded as follows:

| County | Instrument Number | Recording Date | Debtor |
|---|---|---|---|
| Orange County | #2018000118032 | April 3, 2018 | Black Diamond |
| Orange County | #2018000118033 | April 3, 2018 | David Arrighi |
| Orange County | #2018000197456 | May 30, 2018 | Black Diamond |

A Judgment Lien was filed with the California Secretary of State on February 22, 2023 as instrument number #U230012587220 against David William Arrighi.

The money Judgment against DEBTORS is renewed in the amount of **$78,940.77** as follows:

Renewal of Money Judgment:

a. Total AMENDED JUDGMENT judgment…………… $ 192,148.52
b. Partial Satisfaction of Amended Judgment…………… $ (63,125.34)
c. AMENDED JUDGMENT BALANCE……………… $ 129,159.98
d. Costs after Judgment………………………………… $          0.00
e. Less Credits after Partial Satisfaction……………… $ (62,746.58)
f. Interest after Judgment computed from February 19, 2019 to March 30. 2025 at 2.58% accruing at $5.58 per day……………………….… $   12,664.17
g. Total Renewed Judgment……………………….…… $   78,940.77

DATED: April 10, 2025

Brian D. Karth
CLERK OF THE COURT

/s/ 
Deputy Clerk